**DAUGHTRY v. CASTLEBERRY**

[346 N.C. 272 (1997)]

TRAVIS F. DAUGHTRY AND GAYLE DAUGHTRY BIZZELL, CO-EXECUTORS OF THE ESTATE OF RUTH ROBERTS DAUGHTRY v. ROBIN GENE CASTLEBERRY AND GENE CASTLEBERRY

No. 459PA96

(Filed 6 June 1997)

Appeal by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 123 N.C. App. 671, 474 S.E.2d 137 (1996), affirming an order entered by Brewer, J., on 27 December 1994 in Superior Court, Sampson County. Plaintiffs' petition for writ of certiorari to review decision of the North Carolina Court of Appeals was allowed 7 February 1997. Heard in the Supreme Court 13 May 1997.

*Wallace, Morris & Barwick, P.A., by Elizabeth A. Heath and Edwin M. Braswell, Jr., for plaintiff-appellants.*

*Bailey & Dixon, L.L.P., by David S. Coats, for defendant-appellees.*

PER CURIAM.

AFFIRMED.